THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER C. FUCCI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BOWSER, et al., <br><br> Defendants. | **ORDER GRANTING [114] STIPULATION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING [23] FIRST AMERICAN TITLE DEFENDANT'S MOTION TO DISMISS AS MOOT** <br><br> District Judge David Barlow <br><br> Case No. 2:20-cv-00004-DBB-DAO |

Defendants First American Title Insurance Company and Kirsten Parkin (together, the "FA Defendants") and Plaintiffs Christopher C. Fucci, et. al. ("Plaintiffs") have stipulated to Plaintiffs' request to file the proposed First Amended Complaint, subject to the terms of their stipulation. Having reviewed the parties' stipulation, and good cause having been shown, it is hereby

ORDERED that the Plaintiffs are granted leave to file the proposed First Amended Complaint[1] with respect to the FA Defendants within seven days of the date of this Order; it is further

ORDERED that the FA Defendants' Motion to Dismiss the Complaint[2] is **DENIED** as moot and the hearing is vacated; it is further

ORDERED that the FA Defendants shall have four (4) weeks from the date the First

---

[1] ECF No. 113-1.

[2] ECF No. 23.

Amended Complaint is filed to move against or respond to the First Amended Complaint; it is further

      ORDERED that nothing in the Stipulation or this Order shall be construed to waive, limit, or vary any rights, claims, defenses, arguments, or positions of Plaintiffs or the FA Defendants with respect to any issue not specifically addressed herein or in the Stipulation; and it is further

      ORDERED that no other parties or deadlines shall be affected by this Order.

Signed July 21, 2021                                  BY THE COURT

                                                    David Barlow
                                                    United States District Judge