Reid W. Lambert, #5744
Zachary T. Shields, #6031
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Email: rlambert@strongandhanni.com
Email: zshields@strongandhanni.com

*Attorneys for the Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER C. FUCCI, et. al<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM BOWSER, et. al<br><br>Defendants. | **PLAINTIFFS' STATUS REPORT RE WALBY, INC. AND CHRIS WINKLE**<br><br>Case No. 2:20-cv-00004<br><br>Judge: David Barlow<br>Magistrate Judge Daphne A. Oberg |

Plaintiffs Christopher C. Fucci, et. al (collectively, "Plaintiffs") submit the following Status Report pursuant to the Magistrate's Docket Text Order entered February 10, 2023.

1. Plaintiffs have served Chris Winkle and engaged in preliminary settlement discussions with his counsel, Chad Pehrson, several months ago before the claims against the First American parties were stayed. At that time, Plaintiffs granted Winkle an "open-ended" extension to file an answer to accommodate the discussions. Plaintiffs have now notified Winkle's counsel of the need to proceed and have renewed the settlement discussions. Plaintiffs request that the Court allow 60 days for the parties to complete a settlement or for Plaintiffs to submit default papers.

2. Plaintiffs attempted to serve Walby, Inc. through Defendant William Bowser, the registered agent of Walby, Inc., but he refused service, and service was not completed. Plaintiffs do not object to the dismissal of Walby, Inc. as a party at this time.

DATED this 28th day of February, 2023.

**STRONG & HANNI, PC**

*/s/ Reid W. Lambert*
Reid W. Lambert
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing **Plaintiffs' Status Report Re Walby, Inc., and Chris Winkle** with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

- **Royce B. Covington**
  rcovington@parrbrown.com,calendar@parrbrown.com
- **R. Jesse Davis**
  jdavis@strongandhanni.com
- **J. Tayler Fox**
  tayler.fox@dentons.com,kristin.hughes@dentons.com
- **Gabriel Management**
  w.bowser1985@gmail.com
- **Jonathan O. Hafen**
  jhafen@parrbrown.com,calendar@parrbrown.com
- **Tyler M. Hawkins**
  thawkins@smith-lc.com,dwoodbury@smith-lc.com
- **Douglas W. Henkin**
  douglas.henkin@dentons.com,DOCKET.GENERAL.LIT.KCM@dentons.com
- **Reid W. Lambert**
  rlambert@strongandhanni.com,cjohnson@strongandhanni.com
- **David L. Mortensen**
  dmortensen@foley.com,david-mortensen-0592@ecf.pacerpro.com,skamaya@foley.com
- **Sara M. Nielson**
  snielson@parrbrown.com,calendar@parrbrown.com
- **Ron J. Noyes**
  kim@rjnlaw.com

- **Scott D. Sweeney**
  scott.sweeney@wilsonelser.com,DenverCourtFilings@wilsonelser.com,laura.devico@wilsonelser.com
- **David W. Tufts**
  david.tufts@dentons.com,kristin.hughes@dentons.com

and by U.S. Mail, postage prepaid to the following:

**William Bowser**
401 Ballantyne Common Cir #305
Hendersonville, NC 28792

                                                  */s/ Connie C. Johnson*