Reid W. Lambert, #5744
Zachary T. Shields, #6031
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Email: rlambert@strongandhanni.com
Email: zshields@strongandhanni.com

*Attorneys for the Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| CHRISTOPHER C. FUCCI, et al., Plaintiffs, v. WILLIAM BOWSER, et al., Defendants. | PLAINTIFFS' STATUS REPORT RE THE HINSON DEFENDANTS <br><br> Case No. 2:20-cv-00004 <br><br> Judge: David Barlow <br> Magistrate Judge Daphne A. Oberg |
|---|---|

   Plaintiffs Christopher C. Fucci, et. al (collectively, "Plaintiffs") submit the following Status Report pursuant to the Magistrate's Docket Text Order entered May 3, 2023, regarding Defendants Thomas Hinson, III and Investors 1031 Exchange, Inc. (the "Hinson Defendants").

   Plaintiffs and the Hinson Defendants have entered a settlement agreement. The agreement has been signed by the Hinson Defendants and is being circulated for signature by the settling Plaintiffs. Upon full execution of the document, Plaintiffs will file a Motion to Dismiss all claims with prejudice. Although there has been some delay due to travel schedules, counsel anticipates that this will be completed within two weeks.

Plaintiffs request that the Court take no action pending receipt of the dismissal documents.

DATED this 17th day of May 2023.

                                                **STRONG & HANNI, PC**

                                                */s/ Reid W. Lambert*
                                                Reid W. Lambert
                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I caused a true and correct copy of **PLAINTIFF'S STATUS REPORT RE THE HINSON DEFENDANTS** to be served electronically through the ECF system which delivered notice to the following:

- **Royce B. Covington**
  rcovington@parrbrown.com; calendar@parrbrown.com
- **R. Jesse Davis**
  jdavis@strongandhanni.com
- **J. Tayler Fox**
  tayler.fox@dentons.com; kristin.hughes@dentons.com
- **Gabriel Management**
  w.bowser1985@gmail.com
- **Jonathan O. Hafen**
  jhafen@parrbrown.com; calendar@parrbrown.com
- **Tyler M. Hawkins**
  thawkins@smith-lc.com; dwoodbury@smith-lc.com
- **Douglas W. Henkin**
  douglas.henkin@dentons.com; DOCKET.GENERAL.LIT.KCM@dentons.com
- **Reid W. Lambert**
  rlambert@strongandhanni.com; cjohnson@strongandhanni.com
- **David L. Mortensen**
  dmortensen@foley.com; david-mortensen-0592@ecf.pacerpro.com; skamaya@foley.com
- **Sara M. Nielson**
  snielson@parrbrown.com; calendar@parrbrown.com

- **Ron J. Noyes**
  kim@rjnlaw.com
- **Scott D. Sweeney**
  scott.sweeney@wilsonelser.com; skylar.azaveda@wilsonelser.com; DenverCourtFilings@wilsonelser.com; laura.devico@wilsonelser.com
- **David W. Tufts**
  david.tufts@dentons.com; kristin.hughes@dentons.com

And by regular U.S. Mail, postage prepaid to the following:

**William Bowser**
401 Ballantyne Common Cir #305
Hendersonville, NC 28792

*/s/ Connie Johnson*