Reid W. Lambert, #5744
Zachary T. Shields #6031
R. Jesse Davis, #16032
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Email: rlambert@strongandhanni.com

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER C. FUCCI, et. al<br><br>Plaintiffs,<br><br>v<br><br>WILLIAM BOWSER, et. al<br><br>Defendants. | PLAINTIFFS' STATUS REPORT AND REQUEST FOR SCHEDULING ORDER<br><br>Case No. 2:20-cv-00004<br>Judge: David Barlow<br>Magistrate Judge: Daphne A. Oberg |

Pursuant to the Court's docket entry dated October 3, 2025, Plaintiffs submit the following status report. On October 8, 2025, Plaintiffs prepared and delivered to all parties a proposed joint status report consistent with the content below. Counsel has been traveling and largely unavailable between October 10, 2025 and the date of this filing. Counsel did receive a response from Defendants First American Title Insurance Company and Kirsten Parkin (the "FA Defendants") on October 15, 2025, but was unable to fully respond. Plaintiffs' Counsel has not received any response from any of the other remaining Defendants. Therefore, the following Status Report and Request for a Scheduling Order is submitted solely on behalf of Plaintiffs.

1. **Status of the Defendants**.

    (a) The following Defendants have been dismissed from the case or otherwise terminated as parties:

    Walby Inc.
    Kate Jensen
    Chris Winkle
    Christopher J. Ashby
    Jordan S. Nelson
    Scott W. Beynon
    Belle Isle Enterprises
    Results Real Estate Partners
    Greg DeSalvo
    Eastern 1031 Starker Exchange LLP
    Connie Greenawalt
    Investors 1031 Exchange
    Thomas W. Hinson, III

    (b) The following Defendants have filed bankruptcy, the bankruptcy has been fully administered, and they may be dismissed from the case:

    Rockwell Debt Free Properties
    Rockwell TIC

    (c) The following Defendants have filed answers and remain parties in the case:

    | | |
    |---|---|
    | William Bowser | *pro se* |
    | John D. Hamrick | Represented by Scott Sweeney |
    | Mary O'Toole | Represented by Scott Sweeney |
    | Chris Brown | Represented by Scott Sweeney |
    | Edmund & Wheeler | Represented by Scott Sweeney |
    | O'Toole Enterprises | Represented by Scott Sweeney |
    | Tim Marshall | Represented by Scott Sweeney |
    | TM1031 Exchange | Represented by Scott Sweeney |

    (d) The following Defendants remain parties but have not yet filed Answers to the First Amended Complaint:

| | |
|---|---|
| First American Title Insurance Company | Represented by David Tufts |
| Kirsten Parkin | Represented by David Tufts |
| J&J Cubit Construction | Represented by Ron Noyes |
| Brandon Jensen | Represented by Ron Noyes |
| Scott Jensen | Represented by Ron Noyes |

(e) The Court has entered a default certificate as to Gabriel Management, but no default judgment has yet been requested or entered.

2. **Proposed Deadline for Remaining Non-Defaulted Parties.** Plaintiffs propose that Answers for the remaining non-defaulted parties be due no later than November 7, 2025.

3. **Proposed Scheduling Order.** Plaintiffs request that an Amended Scheduling Order be entered in the case. Plaintiffs propose the following amended dates:

| Deadline or Due Date | Date |
|---|---|
| Rule 26 (a)(1) Initial Disclosures | December 5, 2025 |
| Last day to serve written discovery | June 5, 2026 |
| Close of fact discovery | July 31, 2026 |
| Last day to amend pleadings | March 27, 2026 |
| Last day to add parties | March 27, 2026 |
| Expert Reports – Party with burden of proof | August 28, 2026 |
| Expert Reports – Rebuttal Reports | September 25, 2026 |
| Last day for expert discovery | November 20, 2026 |
| Deadline for filing dispositive motions | December 18, 2026 |
| Deadline for motions to exclude experts | December 18, 2026 |

Plaintiffs request that all other matters in the Scheduling Order be consistent with the Scheduling Order entered in the case on February 8, 2022 [Dkt. 164].

DATED this 17th day of October 2025.

**STRONG & HANNI, P.C.**

/s/ Reid W. Lambert
Reid W. Lambert
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed a true and correct copy of the foregoing **Plaintiffs' Status Report and Request for Scheduling Order** with the Clerk of the Court via the Court's electronic filing system, which sent notification of such filing to the following:

- **Royce B. Covington**
  rcovington@parrbrown.com,calendar@parrbrown.com
- **R. Jesse Davis**
  jdavis@strongandhanni.com
- **J. Tayler Fox**
  tayler.fox@dentons.com,kristin.hughes@dentons.com
- **Gabriel Management**
  w.bowser1985@gmail.com
- **Jonathan O. Hafen**
  jhafen@parrbrown.com,calendar@parrbrown.com,cgiles@parrbrown.com
- **Douglas W. Henkin**
  douglas.henkin@dentons.com,DOCKET.GENERAL.LIT.KCM@dentons.com
- **Reid W. Lambert**
  rlambert@strongandhanni.com,cjohnson@strongandhanni.com
- **David L. Mortensen**
  dmortensen@foley.com,david-mortensen-0592@ecf.pacerpro.com,skamaya@foley.com
- **Sara M. Nielson**
  snielson@parrbrown.com,calendar@parrbrown.com
- **Ron J. Noyes**
  kim@rjnlaw.com
- **Scott D. Sweeney**
  scott.sweeney@wilsonelser.com,julie.vogel@wilsonelser.com,DenverCourtFilings@wilsonelser.com,laura.devico@wilsonelser.com
- **David W. Tufts**
  david.tufts@dentons.com,kristin.hughes@dentons.com

I further certify that on October 17, 2025, I caused a true and correct copy of the foregoing **Plaintiffs' Status Report and Request for Scheduling Order** to be sent by regular first-class United States Mail, addressed to the following:

William Bowser
401 Ballantyne Common Cir #305
Hendersonville, NC  28792

                                              */s/ Connie Johnson*
                                              Connie Johnson, Legal Assistant