## IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Christopher C. Fucci, an individual; *et al.*,<br><br>　　*Plaintiffs*<br><br>vs.<br><br>William Bowser, an individual; *et al.*,<br><br>　　*Defendants* | **ORDER RE: DEFENDANTS EDMUND & WHEELER, INC., JOHN D. HAMRICK, CHRIS BROWN, TM 1031 EXCHANGE, TIM MARSHALL, O'TOOLE ENTERPRISES AND MARY O'TOOLE'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(B) AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)**<br><br>Case No. 2:20-CV-00004-DBB-DAO<br><br>District Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

　　This matter comes for consideration of Defendants' Motion to Dismiss Amended Complaint Pursuant to FED.R.CIV.P. 41(b) and Motion for Judgment on the Pleadings Pursuant to FED.R.CIV.P. 12(C). The Court being fully briefed and advised of the premises hereby FINDS, ORDERS, and DECREES that said Motion is GRANTED. The Court further ORDERS that Defendants are DISMISSED from this action with prejudice and awards the movants the full attorneys' fees.

　　IT IS SO ORDERED.

Dated this ___ day of _____, 20__.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Daphne A. Oberg