IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER C. FUCCI, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WILLIAM BOWSER, et al.,<br><br>Defendants. | ORDER GRANTING MOTION TO STAY LITIGATION AS TO THE FA DEFENDANTS<br><br>Case No. 2:20-cv-00004-DBB-DAO<br><br>Judge David B. Barlow<br>Magistrate Judge Daphne A. Oberg |

Having considered Defendants First American Title Insurance Company and Kirsten Parkin's Motion to Stay Litigation as to the FA Defendants, filed November 3, 2025, the record, and applicable law, and good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

1. The Court will resolve threshold issues concerning subject-matter jurisdiction before proceeding with case management.  Scheduling matters, including any amended scheduling order, are held in abeyance pending that resolution.

2. Pursuant to 15 U.S.C. § 78u-4(b)(3)(B) and 15 U.S.C. § 77z-1(b)(1), "all discovery and other proceedings" in this action are stayed during the pendency of the Hamrick Parties' motion to dismiss (Dkt. 283). This stay includes initial disclosures and any case-management activities inconsistent with the statutory stay.

3. Plaintiffs' request for entry of an amended scheduling order (Dkt. 280), construed as a motion by the Court's October 20, 2025 docket entry (Dkt. 282), is denied without prejudice as moot in light of the statutory stay and pending jurisdictional determinations.

SL_8512894.1

IT IS SO ORDERED.

DATED: November 3, 2025.

_____
Magistrate Judge Daphne A. Oberg